01

02

03

04

05

06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08 UNITED STATES OF AMERICA,          )
                                      )     CASE NO. MJ 11-429
09          Plaintiff,                )
                                      )
10      v.                            )
                                      )     DETENTION ORDER
11 CHARLES E.BROWN,                   )
                                      )
12          Defendant.                )
   _____     )

13

14 Offense charged:      Felon in Possession of a Firearm (two counts)

15 Date of Detention Hearing:    September 14, 2011.

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22       1.      Defendant is charged with possession of a number of firearms, having

DETENTION ORDER
PAGE -1

01 previously been convicted of at least four felony offenses.

02     2.    Defendant was not interviewed by Pretrial Services.  He does not contest
03 detention.

04     3.    Defendant poses a risk of nonappearance due to unverified background
05 information, a history of failing to comply and unknown substance abuse history.   He poses a
06 risk of danger based on criminal history.

07     4.    There does not appear to be any condition or combination of conditions that will
08 reasonably assure the defendant's appearance at future Court hearings while addressing the
09 danger to other persons or the community.

10 It is therefore ORDERED:

11    1.  Defendant shall be detained pending trial and committed to the custody of the Attorney
12        General for confinement in a correction facility separate, to the extent practicable, from
13        persons awaiting or serving sentences or being held in custody pending appeal;

14    2.  Defendant shall be afforded reasonable opportunity for private consultation with
15        counsel;

16    3.  On order of the United States or on request of an attorney for the Government, the
17        person in charge of the corrections facility in which defendant is confined shall deliver
18        the defendant to a United States Marshal for the purpose of an appearance in connection
19        with a court proceeding; and

20    4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel
21        for the defendant, to the United States Marshal, and to the United State Pretrial Services
22        Officer.

01      DATED this <u>14th</u> day of September, 2011.

02

03                                      _____
                                        Mary Alice Theiler
04                                      United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22


DETENTION ORDER
PAGE -3